

# UNITED STATES DISTRICT COURT
### District of Kansas
(Topeka Docket)

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**vs.**  No.  24-40054-TC-RES

**ANTHONY ROCKY GUERRERO, II,**
**Defendant.**

# SEALED INDICTMENT

## THE GRAND JURY CHARGES:

### COUNT 1

**Possession of a Firearm by a Convicted Felon**
**[18 U.S.C. § 922(g)(1)]**

On or about November 20, 2023, in the District of Kansas, the defendant,

**ANTHONY ROCKY GUERRERO, II,**

knowing that he had previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, namely,

on or about July 19, 2019, the defendant, **ANTHONY ROCKY GUERRERO, II,** was convicted of Attempted Aggravated Robbery; Bodily Harm, in violation of K.S.A. 21-5420(b)(2) and 21-5301; and

1

Conspiracy to Commit Aggravated Robbery; Bodily Harm, in violation of K.S.A. 21-5420(b)(2) and 21-5302, in the District Court of Shawnee County, Kansas, case number 17CR000357,

a felony offense, did knowingly possess in and affecting commerce a firearm and ammunition, namely,

(a)    a Remington Arms Company, LLC (under the trademark of "Bushmaster Firearms International"), model XM15E2S, Multi-caliber rifle, serial number ARG204099; and

(b)    miscellaneous ammunition,

which had been shipped and transported in interstate and/or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1), with reference to Title 18, United States Code, Section 924(a)(8).

## FORFEITURE NOTICE

The allegations contained in this Indictment are hereby alleged again and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461. Upon conviction of the offense alleged in this Indictment, the defendant,

**ANTHONY ROCKY GUERRERO, II,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm, and ammunition involved in the commission of the offense, including but not limited to

the following:

(a)    a Remington Arms Company LLC (under the trademark of "Bushmaster Firearms International"), model XM15E2S, Multi-caliber rifle, serial number ARG204099; and

(b)    miscellaneous ammunition,

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**


<u>September 11, 2024</u>              s/*Foreperson*
       Date              FOREPERSON OF THE GRAND JURY


KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ *Gregory G. Hough*
GREGORY G. HOUGH, #12860
Assistant U.S. Attorney
District of Kansas
444 Quincy St., Ste. 290
Topeka, KS. 66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: greg.hough@usdoj.gov

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

3

## **PENALTIES**

**Count 1:**

- Punishable by a term of imprisonment of not more than fifteen (15) years. 18 U.S.C. § 924(a)(8).

- A term of supervised release of not more than three (3) years.   18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.   18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.   18 U.S.C. § 3013(a)(2)(A).

- Forfeiture of all firearms and ammunition seized during the investigation of this matter.